BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:   (916) 554-2720

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Winnemem Wintu Tribe, in their tribal and individual capacities; Caleen Sisk Franco; Mark Franco, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States Department of the Interior; Bureau of Reclamation; Bureau of Indian Affairs; Bureau of Land Management; United States Forest Service; United States Department of Agriculture; and in their Individual Capacities, Kristy Cottini and J. Sharon Heywood,<br><br>　　　　　Defendants. | Case No.  2:09-cv-01072 FCD EFB<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO OPPOSE THE AGENCY DEFENDANTS' PENDING MOTION TO DISMISS AND CONTINUING HEARING DATE; ORDER**<br><br>**Old Date:**　**February 26, 2010**<br>Time:　　　10:00 a.m.<br>Place:　　　Courtroom 2, 15th Floor<br>　　　　　　501 I Street, Sacramento<br>Judge:　　　Hon. Frank C. Damrell, Jr.<br><br>**New Date:**　**April 23, 2010**<br>Time:　　　10:00 a.m.<br>Place:　　　Courtroom 2, 15th Floor<br>　　　　　　501 I Street, Sacramento<br>Judge:　　　Hon. Frank C. Damrell, Jr. |

Stipulation Extending Time For Opposition
And Continuing Hearing Date

1

The parties to this action, by and through their counsel, hereby stipulate and agree that the time for plaintiffs to respond to the agency defendants' Motion to Dismiss First Amended Complaint [Docket No. 33] may be extended from February 12, 2010 to March 12, 2010, agency defendants' reply shall be due on or before April 16, 2010, and the hearing on the motion shall be continued from February 26, 2010 to April 23, 2010 at 10:00 a.m.  Thus, the briefing and hearing schedule will be as follows:

Opposition Due By:	03/12/2010

Reply Due By:	04/16/2010

Hearing:	04/23/2010 at 10:00 a.m.

Respectfully submitted,

DATED:	January 27, 2010	REED SMITH LLP

By:	  /s/ Cheryl B. Kahn
JAMES C. MARTIN
JAYNE E. FLEMING
EUGENIA S. CHERN
CHERYL B. KAHN

Attorneys for Plaintiffs

DATED:	January 27, 2010	BENJAMIN B. WAGNER
United States Attorney

By:	  /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 27, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE