1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:   (916) 554-2720

5  Attorneys for Defendants

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | Winnemem Wintu Tribe, in their tribal and individual capacities; Caleen Sisk Franco; Mark Franco, et al., | Case No.  2:09-cv-01072 FCD EFB
12 | | **STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE ON INDIVIDUAL DEFENDANTS' ANTICIPATED MOTION TO DISMISS; ORDER**
13 | Plaintiffs, |
14 | v. |
15 | United States Department of the Interior; Bureau of Reclamation; Bureau of Indian Affairs; Bureau of Land Management; United States Forest Service; United States Department of Agriculture; and in their Individual Capacities, Kristy Cottini and J. Sharon Heywood, | Date:           April 23, 2010
16 | | Time:           10:00 a.m.
   | | Place:          Courtroom 2, 15th Floor
17 | |                 501 I Street, Sacramento
   | | Judge:          Hon. Frank C. Damrell, Jr.
18 | |
19 | Defendants. |

Stipulation Setting Briefing Schedule
And Hearing Date                         1

1  The parties to this action, by and through their counsel, hereby stipulate and agree that the briefing
2  schedule and hearing date for individual defendants Kristy Cottini's and J. Sharon Heywood's anticipated
3  motion to dismiss plaintiffs' first amended complaint against them shall be as follows:

4  Motion Due By:        03/26/2010

5  Opposition Due By:    04/09/2010

6  Reply Due By:         04/16/2010

7  Hearing:              04/23/2010 at 10:00 a.m.

8  Respectfully submitted,

9  DATED:  January 27, 2010              REED SMITH LLP

11  By:   /s/ Cheryl B. Kahn
       JAMES C. MARTIN
       JAYNE E. FLEMING
12     EUGENIA S. CHERN
       CHERYL B. KAHN

   Attorneys for Plaintiffs

15  DATED:  January 27, 2010              BENJAMIN B. WAGNER
                                          United States Attorney

17  By:    /s/ Lynn Trinka Ernce
       LYNN TRINKA ERNCE
18     Assistant United States Attorney

20  **IT IS SO ORDERED.**

22  DATED:  January 27, 2010

23  _____
    FRANK C. DAMRELL, JR.
24  UNITED STATES DISTRICT JUDGE

Stipulation Setting Briefing Schedule         2
And Hearing Date