James C. Martin (SBN 83719)
Email: jcmartin@reedsmith.com
Jayne E. Fleming (SBN 209026)
Email: jfleming@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
Cheryl B. Kahn (SBN 241743)
Email: ckahn@reedsmith.com
Eric L. Toscano (SBN 268235)
Email: etoscano@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Winnemem Wintu Tribe, in their tribal and individual capacities; Caleen Sisk Franco; Mark Franco, et al.,<br><br>              Plaintiffs,<br><br>       vs.<br><br>United State Department of the Interior; Bureau of Reclamation; Bureau of Indian Affairs; Bureau of Land Management; United States Forest Service; United States Department Of Agriculture; and in their Individual Capacities, Kristy Cottini and J. Sharon Heywood<br><br>              Defendants. | No.: 2:09-CV-01072-FCD-KJN<br><br>**STIPULATION RE EXTENSION OF TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO ANSWER OR FILE MOTION TO DISMISS; ORDER**<br><br>Judge: Hon. Frank C. Damrell, Jr. |

Plaintiffs Winnemem Wintu Tribe, Caleen Sisk Franco, and Mark Franco ("Plaintiffs") and Defendants United States Department of the Interior, Bureau of Reclamation, Bureau of Indian Affairs, Bureau of Land Management, United States Forest Service, United States Department of Agriculture, Kristy Cottini, and J. Sharon Heywood ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to a revised schedule for the filing of Plaintiffs' Second Amended Complaint and Defendants' Answer or Motion to Dismiss.  Whereas Attorneys for Plaintiffs Eugenia S. Chern and Cheryl B. Kahn are unavailable due to personal matters and Jayne E. Fleming will be in Haiti through August 5, Plaintiffs and Defendants agree that:

Plaintiffs' Second Amended Complaint will be due by:   August 20, 2010

Defendants' Answer or Motion to Dismiss will be due by:   October 1, 2010

DATED: July 29, 2010        REED SMITH LLP

By    /s/ *Eric L. Toscano*
   James C. Martin
   Jayne E. Fleming
   Eugenia S. Chern
   Cheryl B. Kahn
   Eric L. Toscano
   Attorneys for Plaintiffs

DATED: July 29, 2010        BENJAMIN B. WAGNER
                    United States Attorney

By    /s/ *Lynn Trinka Ernce*
   Lynn Trinka Ernce
   Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  July 29, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware