James C. Martin (SBN 83719)
Email: jcmartin@reedsmith.com
Jayne E. Fleming (SBN 209026)
Email: jfleming@reedsmith.com
Eric L. Toscano (SBN 268235)
Email: etoscano@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNEMEM WINTU TRIBE, in their tribal and individual capacities; CALEEN SISK FRANCO, and Individual; MARK FRANCO, and Individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF RECLAMATION; BUREAU OF INDIAN AFFAIRS; BUREAU OF LAND MANAGEMENT; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; and DOE DEFENDANTS 1 through 10,<br><br>Defendants. | No.: 2:09-CV-01072-FCD-KJN<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND CONTINUING HEARING DATE**<br><br>**Old Date:** November 5, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 2, 15th Floor<br>          501 I Street, Sacramento<br>Judge:  Hon. Frank C. Damrell, Jr.<br><br>**New Date:** December 3, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 2, 15th Floor<br>          501 I Street, Sacramento<br>Judge:  Hon. Frank C. Damrell, Jr. |

- 1 -

Plaintiffs Winnemem Wintu Tribe, Caleen Sisk Franco, and Mark Franco ("Plaintiffs") and Defendants United States Department of the Interior, Bureau of Reclamation, Bureau of Indian Affairs, Bureau of Land Management, United States Forest Service, and United States Department of Agriculture ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to a revised briefing and hearing schedule for defendants' Motion To Dismiss Second Amended Complaint. Because of conflicts with Plaintiffs' counsel's schedule, Plaintiffs and Defendants agree to the following schedule:

| | |
|---|---|
| Plaintiffs' opposition brief due by: | November 3, 2010 |
| Defendants' reply brief due by: | November 26, 2010 |
| Hearing: | December 3, 2010 at 10:00 a.m. |

DATED: October 14, 2010   REED SMITH LLP

By   /s/ *Eric L. Toscano*
    James C. Martin
    Jayne E. Fleming
    Eric L. Toscano
    Attorneys for Plaintiffs

DATED: October 14, 2010   BENJAMIN B. WAGNER
United States Attorney

By   /s/ *Lynn Trinka Ernce*
    Lynn Trinka Ernce
    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  October 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER RE EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND FOR MOTION HEARING