IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WINNEMEM WINTU TRIBE, et al.,

    Plaintiffs,          NO. CIV. S-09-1072 KJM KJN

    vs.

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

    Defendants.          O<u>RDER</u>

/

        Upon closer review of the parties' briefing on defendants' motion to dismiss, and good cause appearing, the court directs each party to submit a supplemental brief not to exceed four pages, addressing whether the question of the court's jurisdiction over, and consideration of the merits of plaintiffs' claims, are intertwined, such that the court's determination of disputed facts is barred by Ninth Circuit precedent interpreting *Bell v. Hood*, 327 U.S. 678 (1946). Counsel need not review the general standard applicable to factual challenges to jurisdiction under Federal Rule of Civil Procedure 12(b)(1). The supplemental briefs shall be due by July 20, 2011, and the court will hear focused argument on this issue on July 27, 2011 at 10:00 a.m.

        IT IS SO ORDERED.

DATED: July 7, 2011.

                                      UNITED STATES DISTRICT JUDGE