BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNEMEM WINTU TRIBE, in their tribal and individual capacities; CALEEN SISK FRANCO, an Individual; MARK FRANCO, an individual; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF RECLAMATION; BUREAU OF INDIAN AFFAIRS; BUREAU OF LAND MANAGEMENT; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; and DOE DEFENDANTS 1 through 10,<br><br>　　　　Defendants. | Case No.  2:09-cv-01072 KJM KJN<br><br>**STIPULATION REQUESTING CONTINUANCE OF HEARING ON MOTION TO DISMISS; ORDER** |

On July 7, 2011, the Court entered an order requesting supplemental briefing on defendants' motion to dismiss plaintiffs' second amended complaint (Dockets 55-56) and set oral argument for July 27, 2011 at 10:00 a.m.  Docket 74.  Defendants' counsel, Assistant United States Attorney Lynn Trinka Ernce, is scheduled to be on vacation from July 24, 2011 through August 7, 2011 and, therefore, is not available for the hearing on July 27, 2011.

///

///

Accordingly, the parties, by and through their counsel, hereby stipulate and agree to request that the Court continue the hearing from July 27, 2011 at 10:00 a.m. to August 31, 2011 at 10:00 a.m. The parties further request that the deadline for the supplemental briefs be reset for one week prior to the continued hearing date, which will be August 24, 2011.

Respectfully submitted,

DATED:  July 7, 2011

REED SMITH LLP

By:  /s/ Jayne E. Fleming
JAMES C. MARTIN
JAYNE E. FLEMING
ERIC L. TOSCANO
LAURA ANN MASTRANGELO

Attorneys for Plaintiffs

DATED:   July 7, 2011

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

DATED:  July 12, 2011.

_____
UNITED STATES DISTRICT JUDGE